IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SHERMAN LEE RIDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-015 |
| | ) | |
| DOCTOR CHARLES and DOCTOR TIM, | ) | |
| Phobe Medical Center | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though the named defendants are located in Sumter County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Sumter County. (See doc. no. 1.) Because Sumter County is in the Middle District of Georgia, the proper venue is the Albany Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Albany Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. Plaintiff should be aware that all future filings in this case, including the response to the February 21, 2020 Notice of Filing Deficiency from the Clerk of Court, should be made with the Clerk,

U.S. District Court, 201 W Broad Ave, Albany, Georgia 31701.

SO ORDERED this 24th day of February, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA